1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HALLIBURTON ENERGY SERVICES, INC, <br><br> Petitioner, <br><br> v. <br><br> DONALD STENNETT an individual, <br><br> Respondent. | **Case No.** <br><br> **ORDER GRANTING PETITIONER HALLIBURTON ENERGY SERVICES INC.'S PETITION TO CONFIRM ARBITRATION AWARD** <br><br> **[9 U.S.C. § 9]** |

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1  Upon considering the papers submitted, and good cause appearing, petitioner
2  Halliburton Energy Services, Inc.'s Petition to Confirm Arbitration Award is
3  GRANTED.

**IT IS SO ORDERED**.

Dated: _____

HON. _____
U.S. DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA