JS-6

NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HALLIBURTON ENERGY SERVICES, INC, <br><br> Petitioner, <br><br> v. <br><br> DONALD STENNETT, an individual, <br><br> Respondent. | Case No. 2:20-CV-07488-ODW (PLAx) <br><br> **FINAL JUDGMENT** <br><br> [9 U.S.C. § 9] |

# FINAL JUDGMENT

On March 3, 2021, the Court granted Petitioner Halliburton Energy Services, Inc.'s Consent Petition to Confirm Arbitration Award. (ECF No. 17.) Accordingly, it is **HEREBY ORDERED, ADJUDGED, AND DECREED** as follows:

1. The arbitration award in favor of Halliburton Energy Services, Inc. and against Donald Stennett, dated May 18, 2020, is confirmed in all respects; and

2. Pursuant to the Joint Stipulation agreed to by Halliburton Energy Services, Inc. and Donald Stennett (ECF No. 1, Ex. C), each party is to bear its own fees and costs.

**IT IS SO ORDERED**.

DATED: March 16, 2021

_____
Otis D. Wright, II
United States District Judge